**JUDGE ROBINSON**  **07 CV 3393** CLOSED, HABEAS

# U.S. District Court
## Northern District of New York - Main Office (Syracuse) [LIVE - Version 3.0.3] (Prisoner)
## CIVIL DOCKET FOR CASE #: 9:07-cv-00315-DNH-DRH
### Internal Use Only

Andrews v. LeClaire
Assigned to: Judge David N. Hurd
Referred to: Magistrate Judge David R. Homer
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 03/26/2007
Date Terminated: 04/04/2007
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

**Petitioner**

**Brian Andrews**        represented by    **Brian Andrews**
                                            03-A-5801
                                            Camp Pharsalia
                                            496 Center Road
                                            South Plymouth, NY 13844-6777
                                            PRO SE



V.

**Respondent**

**Lucien J. LeClaire, Jr.**

| Date Filed | # | Docket Text |
|---|---|---|
| 03/26/2007 | 1 | PETITION for Writ of Habeas Corpus filed by Brian Andrews. postmarked: 3/22/07(nas) (Entered: 03/30/2007) |
| 03/26/2007 | 2 | MOTION for Leave to Proceed in forma pauperis by Brian Andrews. (nas) (Entered: 03/30/2007) |
| 04/04/2007 | 3 | ORDER TRANSFERRING CASE to Southern District of New York. Signed by Judge David R. Homer on 4/4/07. (nas ) (Entered: 04/04/2007) |

CLOSED, HABEAS

# U.S. District Court
## Northern District of New York - Main Office (Syracuse) [LIVE - Version 3.0.3]
### (Prisoner)
### CIVIL DOCKET FOR CASE #: 9:07-cv-00315-DNH-DRH

Andrews v. LeClaire  
Assigned to: Judge David N. Hurd  
Referred to: Magistrate Judge David R. Homer  
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 03/26/2007  
Date Terminated: 04/04/2007  
Jury Demand: None  
Nature of Suit: 530 Habeas Corpus (General)  
Jurisdiction: Federal Question

**Petitioner**

Brian Andrews

represented by **Brian Andrews**  
03-A-5801  
Camp Pharsalia  
496 Center Road  
South Plymouth, NY 13844-6777  
PRO SE

V.

**Respondent**

Lucien J. LeClaire, Jr.

| Date Filed | # | Docket Text |
|---|---|---|
| 03/26/2007 | 1 | PETITION for Writ of Habeas Corpus filed by Brian Andrews.postmarked: 3/22/07(nas) (Entered: 03/30/2007) |
| 03/26/2007 | 2 | MOTION for Leave to Proceed in forma pauperis by Brian Andrews. (nas) (Entered: 03/30/2007) |
| 04/04/2007 | 3 | ORDER TRANSFERRING CASE to Southern District of New York. Signed by Judge David R. Homer on 4/4/07. (nas ) (Entered: 04/04/2007) |
| 04/04/2007 | 4 | NOTICE to the SDNY of 3 Order Transferring Case (nas) (Entered: 04/04/2007) |
| 04/09/2007 | 5 | Mail Returned as Undeliverable. re: 4 Notice (Other), 3 Order Transferring Case sent to Andrews Address sent to CampPharsalia (nas ) (Entered: 04/09/2007) |

| PACER Service Center |
|---|

| Transaction Receipt |||| 
|---|---|---|---|
| 05/03/2007 15:12:04 ||||
| PACER Login: | us5070 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 9:07-cv-00315-DNH-DRH |
| Billable Pages: | 1 | Cost: | 0.08 |